Robert E Jesinger, SBN 59550
WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, CA 95125
Telephone:    408.979.2920
Facsimile:    408.979.2934
rjesinger@wmjpr.com

Attorney for Plaintiffs

Steven Paul Cohn, SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone:    408.557.0300
Facsimile:    408.557.0309
spcohnlaw@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID RICHERSON,<br><br>Plaintiff,<br><br>v.<br><br>ALL BAY ELECTRIC, INC., ROBERT SZTUK and DAVID SZTUK,<br><br>Defendants. | Case No. C 04 01718 JW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

The parties in the above-entitled matter, through their respective counsel, hereby stipulate that judgment shall be entered in favor of Plaintiff and against All Bay Electric, Inc. and Robert Sztuk, individually, in the amount of $100,000.00.

This Stipulation for Judgment has been filed with the Court consistent with the terms spelled out in that Release and Settlement Agreement between the parties dated and signed on the same date as this Stipulation.

1
2          Dated: March ___, 2005              WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER

3
4                                              By _____
                                                    ROBERT E. JESINGER
5                                                   Attorney for Plaintiff

6          Dated: March ___, 2005              ADVOCACY CENTER FOR EMPLOYMENT LAW

7
8                                              By _____
                                                    STEVEN PAUL COHN
9                                                   Attorney for Defendant

10
               IT IS SO ORDERED
11

12

13         Dated: 7/1/05 _____          ____/s/ James Ware_____
                                                         James Ware
14                                                       Judge, US District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                              2
           STIPULATION FOR ENTRY OF JUDGMENT
           CASE NO. C 04 01718 JW