1  Robert E Jesinger, SBN 59550
   WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER
2  2125 Canoas Garden Avenue Suite 120
   San Jose, CA 95125
3  Telephone:   408.979.2920
   Facsimile:    408.979.2934
4  rjesinger@wmjpr.com

5  Attorney for Plaintiff

6  Steven Paul Cohn, SBN 96808
   ADVOCACY CENTER FOR EMPLOYMENT LAW
7  2084 Alameda Way
   San Jose, CA 95126
8  Telephone:   408.557.0300
   Facsimile:    408.557.0309
9  spcohnlaw@aol.com

10 Attorney for Defendants

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID RICHERSON, | Case No. C 04 01718 JW |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL** |
| v. | |
| ALL BAY ELECTRIC, INC., ROBERT SZTUK and DAVID SZTUK, | |
| Defendants. | |

The parties hereto, through their Attorneys of Record, and pursuant to the Release and Settlement Agreement entered into and executed by all the parties, hereby dismiss with prejudice Defendant DAVID SZTUK, individually, only.

Dated: June 9, 2005               WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER


                                  By _____
                                       ROBERT E. JESINGER
                                       Attorney for Plaintiff

1

Dated: June 21, 2005              ADVOCACY CENTER FOR EMPLOYMENT LAW


By _____
    STEVEN PAUL COHN
    Attorney for Defendant


**IT IS SO ORDERED**


Dated: 7/1/05                     /s/ James Ware
                                     James Ware
                                     Judge, US District Court

l:\8000\80264\usdc pleading\notice of dismissal.doc

STIPULATION AND ORDER RE DISMISSAL
CASE NO. C 04 01718 JW